**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Latryce Marie Reid-Pitre**<br>DOB: 1986; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00288MJ** |

Complaint for violations of:   Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)
Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>: On or about May 20, 2021, at or near Lukeville, in the District of Arizona, **Latryce Marie Reid-Pitre** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

<u>COUNT 2</u>: On or about May 20, 2021, at or near Lukeville, in the District of Arizona, **Latryce Marie Reid-Pitre** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 20, 2021, at approximately 11:18 am, Customs and Border Protection Officers (CBPOs) encountered **Latryce Marie REID-Pitre** as the driver, sole occupant and owner of a black Chevrolet Camaro. Before **REID** reached the primary inspection CBPO, a CBP canine conducted a free air sniff of the Camaro and alerted to an odor it is trained to detect emanating from the vehicle. Once in primary, **REID** gave a negative customs declaration and was referred to secondary for further inspection. In secondary, a Z-portal x-ray scan was conducted on the Camaro. CBPOs observed anomalies in both rear quarter panels of the vehicle. CBPOs conducted a physical search of the vehicle and found 19 small bundles wrapped in black tape. A representative sample of the contents of the bundles tested positive for the characteristics of fentanyl and methamphetamine. The fentanyl had a total weight of 2.98 kilograms and the methamphetamine had a total weight of 6.69 kilograms.

After being read her *Miranda* rights, **REID** became very emotional and later stated, "I know how this shit works". **REID** then asked, "What is this trafficking? What is that prison time?". **REID** then stated to CBPOs, "but me telling y'all everything isn't gonna let me get to my babies right now".

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti* | SIGNATURE OF COMPLAINANT (official title)<br>**ROBERT V FIGUEROA III**  Digitally signed by ROBERT V FIGUEROA III  Date: 2021.05.21 10:59:03 -07'00' |
|---|---|
| Sworn to telephonically. | OFFICIAL TITLE<br>HSI Special Agent<br>Robert V. Figueroa |
| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> | DATE<br>May 21, 2021 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1 and 54